IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-02676-RBJ

JAMES JARRELL and DIANE JARRELL,

    Plaintiff,

v.

VIKING INSURANCE COMPANY OF WISCONSIN, a foreign entity doing business in the State of Colorado, a Division of Sentry Insurance a Mutual Company,
FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Insurance Company doing business in the State of Colorado,

    Defendant.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **three day Bench Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **April 17, 2017 at 9:00 a.m.**

A Trial Preparation Conference is set for **March 24, 2017 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 15th day of April, 2016.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge